**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

EVANGELINE GONZALEZ,

        Plaintiff,

   vs.

                                 No. CIV 09-123 JB/LFG

HEALTH CARE SERVICE
CORPORATION, dba BLUE CROSS
BLUE SHIELD OF NEW MEXICO;
TOM FROCK; VICKIE TERRY; and
JANE THOMPSON,

        Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to stipulation of the Parties and good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Complaint be dismissed with prejudice and in

its entirety, with the Parties bearing their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE